UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re: Subpoena to Amazon.com, Inc.

DELTONA TRANSFORMER CORPORATION,

          Plaintiffs,

    v.

THE NOCO COMPANY,

          Defendant.

Case No. MC20-0044RSL

ORDER

On June 15, 2020, plaintiff filed a motion to compel Amazon.com, Inc., to comply with a third-party subpoena. Amazon.com, Inc., has filed an opposition to the motion. In light of the contested nature of this proceeding, the Clerk of Court is directed to assign a civil action number.

Dated this 30th day of June, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER