HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DELTONA TRANSFORMER CORPORATION,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>THE NOCO COMPANY,<br><br>　　　　Defendant and Counterclaimant. | No. 2:20-cv-01012-RSM<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SEAL**<br><br><br>UNDERLYING ACTION:<br>Case No. 19-cv-308-CEM-LRH (M.D. Fla) |

THIS MATTER came before the Court on Defendant The NOCO Company's ("NOCO") Motion to Seal (the "Motion"). Dkt. #12. The Court, having considered the submissions of the parties and the records and files herein, and for the reasons set forth in NOCO's Motion, hereby GRANTS the Motion (Dkt. #12). The Clerk shall immediately SEAL Exhibit B to the Declaration of Alex Braunstein (Dkt. #8) submitted in support of Plaintiff's reply to its motion to compel.

ORDER GRANTING DEFENDANT'S
MOTION TO SEAL

Dated this 2nd day of September, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S
MOTION TO SEAL